SIGURD REVHEIM et al., Appellants and Respondents, *v.* SAMUEL B. SHANKMAN et al., Respondents and Appellants.

Argued October 16, 1944; decided November 22, 1944.

*Herbert D. Cohen* and *Alexander H. Carroad* for plaintiffs-appellants and respondents.

*I. Maurice Wormser* and *Joseph L. Giller* for defendants-respondents and appellants.

Judgment, insofar as appealed from by plaintiff, affirmed; and judgment, insofar as appealed from by defendants, reversed, and the supplemental complaint dismissed on the merits, with costs in all courts to the defendants, on the ground that the executory accord was invalid under section 33-a, subdivision 2, of the Personal Property Law, and that there was no breach of the agreement alleged in the original complaint. No opinion. (See 294 N. Y. 662.)

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.